

**ORDERED in the Southern District of Florida on October 28, 2019.**

_Mindy A. Mora_

**Mindy A. Mora, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-16248-BKC-MAM |
| | Chapter 7 |
| CHANCE & ANTHEM, LLC, | |
|     Debtor. | |
| _____/ | |
| ROBERT C. FURR, not individually but as Chapter 7 Trustee of the estate of the Debtor, Chance & Anthem, LLC, | ADV. NO. 19-01301-MAM |
|     Plaintiff, | |
| v. | |
| ADVANCED AVIONICS, LLC, | |
|     Defendant. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY JEFFREY SISKIND
AS COUNSEL TO ADVERSARY DEFENDANT, ADVANCED AVIONICS, INC.**

THIS MATTER came before the Court on October 22, 2019 at 2:30 p.m. upon the (1) *Motion to Disqualify Jeffrey Siskind as Counsel to Adversary Defendant, Advanced Avionics, Inc.* (the "Motion") [ECF No. 08][1] filed by Robert C. Furr (the "Plaintiff" or "Trustee") in his capacity as Chapter 7 Trustee of estate of the Debtor, Chance & Anthem, LLC (the "Debtor"); (2) *Response to Chapter 7 Trustee's Motion to Disqualify Counsel* (the "Response") [ECF No. 11] filed by Debtor's Former Managing Member and Defendant's Counsel, Jeffrey Siskind ("Siskind"); and (3) *Plaintiff's Reply to Response to Motion to Disqualify* (the "Reply") [ECF No. 12]. The Court, having reviewed and considered the Motion, Response, and Reply, having heard the representations and arguments of Trustee's counsel and Mr. Siskind, and otherwise being duly advised on the premises, it is,

ORDERED as follows:

1. The Motion in GRANTED for the reasons stated on the record on October 22, 2019 at 2:30 pm.

2. Advanced Avionics shall have thirty (30) days from the entry of this order to retain new counsel, for such counsel to file their Notice of Appearance in this case and to file a response to the Adversary Complaint.

### 

**Submitted by:**

Jesus M. Suarez, Esq.
Attorney for Chapter 7 Trustee
100 S.E. Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Email: jsuarez@gjb-law.com

Jesus M. Suarez Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service reflecting same.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.